UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW SCOTT BENTLEY,

   Petitioner,

v.

FREDEANE ARTIS,

   Respondent.

Case No. 22-10379
Honorable Laurie J. Michelson

# JUDGMENT

In accordance with the opinion and order entered today, it is hereby ORDERED and ADJUDGED that Matthew Scott Bentley's petition for a writ of habeas corpus is DENIED and that a certificate of appealability is DENIED. Bentley is GRANTED leave to proceed *in forma pauperis* on appeal.

Dated this 27th day of December 2024 in Detroit, Michigan.

                                KINIKIA ESSIX
                                CLERK OF THE COURT

                                By: s/Amanda Chubb
                                    DEPUTY COURT CLERK

APPROVED:

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Dated: December 27, 2024